UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                                   :
UNITED STATES OF AMERICA       :

       - v. -                     :       FELONY INFORMATION

MANUEL MACEDA-CASTILLO,       :       08 Cr. 522 (KMK)

             Defendant.       :
- - - - - - - - - - - - - - - - - x

ORIGINAL

COUNT ONE

The United States Attorney charges:

On or about October 21, 2007, in the Southern District of New York and elsewhere, MANUEL MACEDA-CASTILLO, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about February 2, 2004, in Orange County Court, Orange County, New York, for criminal possession of a loaded firearm, in violation of New York Penal Law 265.02, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

                                                          _____
                                                          MICHAEL J. GARCIA
                                                          United States Attorney