# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,          :

    v.                                                            :

                                                        08 Cr. 522 (KMK)

MANUEL MACEDA-CASTILLO,         :

          Defendant.                          :

------------------------------- x

      **MANUEL MACEDA-CASTILLO,** the above-named defendant, who is accused of violating Title 8, United States Code, Section 1326(a & (b)(2), and having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                                *manuel maceda castillo*
                                                                   Defendant.

                                                                   Susanne Brody
                                                                  Counsel for Defendant.

Date:   White Plains, New York
            June 11, 2008

